# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, as subrogee of Prescott at Park Place COA, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE ) |
| v. | ) NO. _____ ) |
| CRAFTSMEN SOLUTIONS, LLC, | ) ) |
| Defendant. | ) |

## COMPLAINT

General Casualty Company of Wisconsin, as subrogee of Prescott at Park Place COA ("GCCW") sues Craftsmen Solutions, LLC ("Craftsmen Solutions") as follows:

## THE PARTIES, JURSDICTION, AND VENUE

1.   GCCW is a Wisconsin corporation, with its principal place of business in the State of New York, which, at all times material hereto, was authorized to issue property insurance in the State of Georgia.

2.   Craftsmen Solutions is a Georgia limited liability company with its principal place of business in Georgia. Craftsmen Solutions may be served with

LEGAL\28609471\1

process by service upon its Registered Agent: Michael E. Nelson, 4860 Dean Court, Cumming, Georgia 30041.

3. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the property that is the subject of this lawsuit is located within this judicial district.

## FACTUAL ALLEGATIONS

5. On or about July 3, 2015, Craftsmen Solutions performed work on the HVAC system at Unit #1414 of the Prescott at Park Place condominiums, 1200 Lake Hearn Drive, Atlanta, Georgia 30319.

6. The July 3, 2015 work was pursuant to a contract between Craftsmen Solutions and Prescott at Park Place COA.

7. While performing the work, Craftsmen Solutions activated the fire suppression system, causing a sprinkler head to discharge a large amount of water.

8. This water discharge caused damage to several condominium units.

9. As a result of the water discharge, Prescott at Park Place COA made a claim to GCCW pursuant to its insurance policy.

10. Pursuant to the operative insurance policy, GCCW reimbursed Prescott at Park Place COA in the amount of $202,277.80.

11. To the extent of payments made to or on behalf of Prescott at Park Place COA in connection with this loss, GCCW is legally and equitably subrogated to Prescott at Park Place COA's recovery rights and claims arising out of or related to the water damage which occurred on or about July 3, 2015.

### **COUNT I – PROFESSIONAL NEGLIGENCE**

12. The allegations contained in paragraphs 1 through 11, above, are re-alleged and incorporated herein by reference as if fully set out below.

13. Craftsmen Solutions owed to Prescott at Park Place COA (and therefore to GCCW) the duty to use a reasonable level of professional judgment in performing the July 3, 2015 HVAC work.

14. Craftsmen Solutions breached the duty it owed to Prescott at Park Place COA (and therefore to GCCW) by negligently causing a sprinkler to activate and discharge water.

15. As a direct, proximate, and foreseeable result of Craftsmen Solutions' professional negligence, GCCW suffered damages in the amount of $202,277.80.

## COUNT II – SIMPLE NEGLIGENCE

16.     The allegations contained in paragraphs 1 through 15, above, are re-alleged and incorporated herein by reference as if fully set out below.

17.     As a direct, proximate, and foreseeable result of Craftsmen Solutions' professional negligence, GCCW suffered damages in the amount of $202,277.80.

18.     Craftsmen Solutions owed to Prescott at Park Place COA (and therefore to GCCW), among other duties, the duty to use reasonable care associated with the work to the HVAC system and the duty to carry out the work undertaken in a good and workmanlike manner.

19.     Craftsmen Solutions breached the duties it owed to Prescott at Park Place COA (and therefore to GCCW) by negligently causing a sprinkler to activate and discharge water.

20.     As a direct, proximate, and foreseeable result of Craftsmen Solutions' negligence, GCCW suffered damages in the amount of $202,277.80.

## COUNT III – BREACH OF CONTRACT

21.     The allegations contained in paragraphs 1 through 20, above, are re-alleged and incorporated herein by reference as if fully set out below.

22.     As a direct, proximate, and foreseeable result of Craftsmen Solutions' negligence, GCCW suffered damages in the amount of $202,277.80.

23. Craftsmen Solutions agreed to perform HVAC work for Prescott at Park Place COA pursuant to a valid and enforceable contract between Craftsmen Solutions and Prescott at Park Place COA.

24. Under Georgia precedent and substantive law, implied in every contract formed and executed in the State of Georgia is a duty on the part of the contractor to perform the undertakings of the contract in a good and workmanlike manner.

25. Craftsmen Solutions owed this duty to Prescott at Park Place COA (and therefore to GCCW) with respect to all performance of the contract.

26. Craftsmen Solutions breached this contractual duty, in that it caused a water discharge, which in turn caused a substantial amount of damage, while undertaking the work set forth in the contract.

27. As a direct, proximate, and foreseeable result of Craftsmen Solutions' breach of contract, GCCW suffered damages in the amount of $202,277.80.

## COUNT IV – STUBBORN AND LITIGIOUS CONDUCT

28. The allegations contained in paragraphs 1 through 27, above, are re-alleged and incorporated herein by reference as if fully set out below.

29. GCCW has made demand upon Craftsmen Solutions for compensation of its damages, but Craftsmen Solutions has failed and refused to respond to such demand or to accept any responsibility for its actions.

30. Craftsmen Solutions has been stubbornly litigious and put GCCW to unnecessary trouble and expense.

31. GCCW is therefore entitled, pursuant to O.C.G.A. § 13-6-11, to recover its expenses of litigation, including reasonable attorney fees, from Craftsmen Solutions.

**WHEREFORE**, GCCW prays that the Court:

A. enter judgment in its favor and against Craftsmen Solutions in the amount of $202,277.80, plus interest and the costs of this action, including attorney fees;

B. afford it trial by jury as to all issues raised in this Complaint; and

C. any and all further relief allowed by law or equity and that this Court deems just and proper.

Submitted this 23rd day of November, 2016.

/s/ David A. Terry
David A. Terry
Georgia Bar No. 051508
Attorney for Plaintiff USAA GIC

**Cozen O'Connor**
1230 Peachtree Street, N.E., Suite 400
Atlanta, Georgia  30309
Telephone: (404) 572-2000
Facsimile: (404) 572-2199
dterry@cozen.com