**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, as subrogee of Prescott at Park Place COA, | CIVIL ACTION FILE NO. 1:16-cv-04351-LMM |
| Plaintiff, | |
| v. | |
| CRAFTSMEN SOLUTIONS, LLC, | |
| Defendant, | |

**ANSWER OF DEFENDANT CRAFTSMEN SOLUTIONS, LLC**

COMES NOW Defendant, Craftsmen Solutions, LLC, and for its Answer to Plaintiff's Complaint, states the following:

1.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 1 of Plaintiff's Complaint which therefore stand denied.

2.

Admit.

3.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 3 of Plaintiff's Complaint which therefore stand denied.

4.

Admit

5.

Denied as worded.

6.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 6 of Plaintiff's Complaint which therefore stand denied.

7.

Denied as to this specific Defendant.

8.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 8 of Plaintiff's Complaint which therefore stand denied.

9.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 9 of Plaintiff's Complaint which therefore stand denied.

10.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 10 of Plaintiff's Complaint which therefore stand denied.

11.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 11 of Plaintiff's Complaint which therefore stand denied.

12.

Defendant hereby incorporates its responses to paragraphs 1-11 of Plaintiff's Complaint as if fully restated herein.

13.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 13 of Plaintiff's Complaint which therefore stand denied.

14.

Denied as worded. Defendant did not physically perform work on premises.

15.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 15 of Plaintiff's Complaint which therefore stand denied.

16.

Defendant hereby incorporates its responses to paragraphs 1-16 of Plaintiff's Complaint as if fully restated herein.

17.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 17 of Plaintiff's Complaint which therefore stand denied.

18.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 18 of Plaintiff's Complaint which therefore stand denied.

19.

Denied as worded. Defendant did not physically perform work on premises.

20.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 20 of Plaintiff's Complaint which therefore stand denied.

21.

Defendant hereby incorporates its responses to paragraphs 1-20 of Plaintiff's Complaint as if fully restated herein.

22.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 22 of Plaintiff's Complaint which therefore stand denied.

23.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 23 of Plaintiff's Complaint which therefore stand denied.

24.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 24 of Plaintiff's Complaint which therefore stand denied.

25.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 25 of Plaintiff's Complaint which therefore stand denied.

26.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 26 of Plaintiff's Complaint which therefore stand denied.

27.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 27 of Plaintiff's Complaint which therefore stand denied.

28.

Defendant hereby incorporates its responses to paragraphs 1-27 of Plaintiff's Complaint as if fully restated herein.

29.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 29 of Plaintiff's Complaint which therefore stand denied.

30.

Denied.

31.

Denied.

WHEREFORE, having fully answered, Defendant demands trial by a jury of twelve and prays that this action be dismissed hence with all costs taxed to Plaintiff.

This 21st day of December, 2016.

/s/ *Anthony E. DeNapoli*
_____
ANTHONY E. DENAPOLI
Georgia State Bar No.: 001299
Attorney for Defendant Craftsmen Solutions, LLC

2970 Clairmont Road NE, Suite 600
Brookhaven, GA  30329
(404) 720-7690
(866) 281-0088 (*facsimile*)
Email: denapoa@nationwide.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing pleading upon:

David A. Terry
Cozen O'Connor
1230 Peachtree Street, N.E., Suite 400
Atlanta, GA  30309

*Attorney for Plaintiff*

by depositing a copy of same in the U.S. Mail with sufficient postage affixed thereto to insure delivery and/or by filing electronically with the Court's electronic filing system which will automatically send e-mail notification of same to all counsel of record.

This 21st day of December, 2016.

/s/ *Anthony E. DeNapoli*
_____
ANTHONY E. DENAPOLI
Georgia State Bar No.:  001299
Attorney for Defendant Craftsmen Solutions, LLC.

2970 Clairmont Road NE, Suite 600
Brookhaven, GA  30329
(404) 720-7690
(866) 281-0088 (*facsimile*)
Email: denapoa@nationwide.com