IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GENERAL CASUALTY CO. OF WISCONSIN, as subrogee for Prescott at Park Place COA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:16-CV-4351-LMM |
| CRAFTSMEN SOLUTIONS, LLC, | : | |
| Defendant. | : | |

## ORDER

This case comes before the Court on Plaintiff's unopposed Motion to Add JV Heating and Air as a Party Defendant [10]. After a review of the record and due consideration, that Motion is **GRANTED**. See Fed. R. Civ. P. 21. The Clerk is **DIRECTED** to docket Plaintiff's First Amended Complaint [10-1] as the operative Complaint in this matter and add JV Heating and Air as a defendant.

The Court also **EXTENDS** the parties' Rule 26(f) Early Planning Conference deadline until the date by which JV Heating and Air must respond to the Complaint by answer or motion.

**IT IS SO ORDERED** this 24th day of January, 2017.

**Leigh Martin May**
**United States District Judge**